Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | KJZ Sunrise LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | 8:16-bk-04069 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlantic Environmental Solutions, Inc. 657 Montreal Ave. Melbourne, FL 32935 | | Vendor | Unliquidated | | | $0.00 |
| Brevard Landvest LLC 518 Cresswell Rd Baltimore, MD 21225 | | Purchase price for land | | | | $4,266,564.00 |
| City of Palm Bay, FL 120 Malabar Rd. SE Attn: Gregg Lynk, City Manager Palm Bay, FL 32907 | | Impact Fee Credits with City of Palm Bay | | | | $1,050,000.00 |
| Construction Engineering Group 2651 W. Eau Gallie Blvd. Melbourne, FL 32935 | | Vendor | Unliquidated | | | $21,350.00 |
| Hopping, Green and Sams 119 S. Monroe St., Suite 300 Tallahassee, FL 32314 | | Vendor | Unliquidated | | | $0.00 |
| Horizon Surveyors 390 Poinciana Dr. Melbourne, FL 32935 | | Vendor | Unliquidated | | | $0.00 |
| John D. Copanos 1 N. Ft. Lauderdale Bch Blvd Unit 1802 Fort Lauderdale, FL 33304 | | Counterparty to real estate purchase agreement | | | | $209,743.00 |

| Debtor | **KJZ Sunrise LLC** | Case number *(if known)* | **8:16-bk-04069** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kaufman Jacobs Capital Investments, LLC**<br>**30 W. Monroe**<br>**Suite 1700**<br>**Chicago, IL 60603** | | **Redemption of member interests** | | | | $5,000,000.00 |
| **Norton, Hammersley, Lopez and Skokos, PA**<br>**1819 Main St.**<br>**Sarasota, FL 34236** | | **Vendor** | **Unliquidated** | | | $11,225.00 |
| **Sebastian Resources 400 L.P.**<br>**c/o John S. Copanos**<br>**5311 NW 35th Terrace**<br>**Fort Lauderdale, FL 33309** | | **Purchase price for land closing costs** | | | | $8,649,980.00 |