# United States Bankruptcy Court
## Middle District of Florida

In re **KJZ Sunrise LLC**     Case No. **8:16-bk-04069**

Debtor(s)     Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Zons Development, LLC<br>605 S. Fremont Ave., Suite B<br>Tampa, FL 33606 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 20, 2016**     Signature **/s/ Ranald Stewart Jr.**
                                                                                      **Ranald Stewart Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.