**Fill in this information to identify the case:**

Debtor name **KJZ Sunrise LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **8:16-bk-04069**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................   $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................   $ **22,965,310.13**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................   $ **22,965,310.13**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ **19,208,862.00**

4.   **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b   $ **19,208,862.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **KJZ Sunrise LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:16-bk-04069**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wintrust Bank** | **Checking Account** | **2336** | **$957.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**        **$957.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Deposits for purchase of real property held by Peter Z. Skokos, Esq., Norton, Hammersly, Lopez & Skokos, P.A.** | **$250,000.00** |
| 8.2. | **Prepayments for purchase of real property held by Brevard Landvest, LLC** | **$65,007.92** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **KJZ Sunrise LLC** | Case number *(If known)* **8:16-bk-04069** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| | 8.3. | **Prepayments for purchase of real property held by Copanos** | **$3,195.76** |

| | | | |
|---|---|---|---|
| | 8.4. | **Prepayments for purchase of real property held by Sebastian Resources 400 L.P.** | **$131,796.32** |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$450,000.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **KJZ Sunrise LLC** | Case number *(If known)* **8:16-bk-04069** |
|---|---|---|
| | Name | |

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** **Pre-development expenses and contract deposits** | **Unknown** | | **$265,974.63** |
| | **Impact Fee Credits with City of Palm Bay** | **Unknown** | | **$291,051.00** |
| | **Contract rights to acquisition of real property** | **Unknown** | **Appraisal** | **$19,707,139.00** |
| | **Contingent right to obtain impact fee credits for value of land contributed from Brevard Landvest, LLC and Sebastian Resources 400 L.P. parcels** | **Unknown** | | **$1,200,188.50** |
| | **Contingent right to obtain impact fee credits for contribution of prepaid impact fees to partially offset The City of Pam Bay's costs construction of St. Johns Heritage Parkway** | **Unknown** | | **$800,000.00** |
| | **Contingent right to obtain environmental mitigation credits for contribution to partially offset environmental mitigation costs associated with construction of St. Johns Heritage Parkway** | **Unknown** | | **$250,000.00** |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** | **$22,514,353.13** |

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **KJZ Sunrise LLC**                                         Case number *(If known)*  **8:16-bk-04069**
                   Name

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **KJZ Sunrise LLC**                                               Case number *(If known)*  **8:16-bk-04069**
_____Name_____

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$957.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$450,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$22,514,353.13** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$22,965,310.13** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$22,965,310.13** |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>KJZ Sunrise LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>8:16-bk-04069</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **KJZ Sunrise LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **8:16-bk-04069**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**Atlantic Environmental Solutions, Inc.**<br>**657 Montreal Ave.**<br>**Melbourne, FL 32935**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**Brevard Landvest LLC**<br>**518 Cresswell Rd**<br>**Baltimore, MD 21225**<br><br>**Date(s) debt was incurred** **10/22/2014**<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Purchase price for land**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,266,564.00** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**City of Palm Bay, FL**<br>**120 Malabar Rd. SE**<br>**Attn: Gregg Lynk,**<br>**City Manager**<br>**Palm Bay, FL 32907**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Contribution in the form of prepaid impact fees to partially offset The City of Palm Bay's costs for construction of St. Johns Heritage Parkway**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$800,000.00** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**City of Palm Bay, FL**<br>**120 Malabar Rd. SE**<br>**Attn: Gregg Lynk, City Mgr**<br>**Palm Bay, FL 32907**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Contribution to partially offset The City of Palm Bay's environmental mitigation costs associated with construction of St. Johns Heritage Parkway**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250,000.00** |

| Debtor | **KJZ Sunrise LLC** | Case number (if known) | **8:16-bk-04069** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,350.00** |

**Construction Engineering Group**
**2651 W. Eau Gallie Blvd.**
**Melbourne, FL 32935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hopping, Green and Sams**
**119 S. Monroe St., Suite 300**
**Tallahassee, FL 32314**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Horizon Surveyors**
**390 Poinciana Dr.**
**Melbourne, FL 32935**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$209,743.00** |

**John D. Copanos**
**and John S. Copanos**
**1 N. Ft. Lauderdale Bch Blvd**
**Unit 1802**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Purchase price for land**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000,000.00** |

**Kaufman Jacobs Capital**
**Investments, LLC**
**30 W. Monroe**
**Suite 1700**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Redemption of member interests**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,225.00** |

**Norton, Hammersley, Lopez**
**and Skokos, PA**
**1819 Main St.**
**Sarasota, FL 34236**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,649,980.00** |

**Sebastian Resources 400 L.P.**
**c/o John S. Copanos**
**5311 NW 35th Terrace**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Purchase price for land**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **KJZ Sunrise LLC** | Case number (if known) | **8:16-bk-04069** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zons Development, LLC**
**605 S. Fremont Ave., Suite B**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **All Florida Tax Consulting Inc.**<br>**9720 Stirling Road, Ste. 213**<br>**Cooper City, FL 33024-8015** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Brevard Landvest, LLC**<br>**Walter Forrer, Sandstrasse 8**<br>**7310 Bad Ragaz**<br>**Sarganserland,**<br>**St. Gallen, Switzerland** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Brevard Landvest, LLC**<br>**Walter Forrer**<br>**Waseliweg10**<br>**Sevelen 9475**<br>**Switzerland** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **John D. Copanos**<br>**1800 N. Ocean Dr.**<br>**Lantana, FL 33462** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **John D. Copanos**<br>**1800 N. Ocean Dr.**<br>**Lantana, FL 33462-6208** | Line **3.11**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **John S. Copanos**<br>**5311 NW 35th Terrace**<br>**johnc@ecipharma.com**<br>**Fort Lauderdale, FL 33304** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **W. Rodgers Moore, P.A.**<br>**1900 Glades Rd., Suite 401**<br>**Boca Raton, FL 33431** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **W. Rodgers Moore, P.A.**<br>**1900 Glades Road, Suite 401**<br>**Boca Raton, FL 33431** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | **W. Rodgers Moore, P.A.**<br>**1900 Glades Rd., Suite 401**<br>**Boca Raton, FL 33431** | Line **3.11**<br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **KJZ Sunrise LLC** | Case number (if known) | **8:16-bk-04069** |
|---|---|---|---|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+** | $ | 19,208,862.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 19,208,862.00 |

**Fill in this information to identify the case:**

Debtor name    **KJZ Sunrise LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:16-bk-04069**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **October 22, 2014 Vacant Land Contract for acquisition of real property for $4,331,572.00, as amended** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Brevard Landvest LLC** <br> **518 Cresswell Rd** <br> **Baltimore, MD 21225** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Right-of-Way Contribution Agreement dated October 16, 2015** <br><br> State the term remaining <br><br> List the contract number of any government contract | **City of Palm Bay, FL** <br> **120 Malabar Rd. SE** <br> **Attn: Gregg Lynk, City Mgr** <br> **Palm Bay, FL 32907** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Right-of-Way Contribution Agreement dated October 16, 2015** <br><br> State the term remaining <br><br> List the contract number of any government contract | **City of Palm Bay, FL** <br> **120 Malabar Rd. SE** <br> **Attn: Gregg Lynk, City Mgr** <br> **Palm Bay, FL 32907** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Transportation Impact Fee Application-for-Credit Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **City of Palm Bay, FL** <br> **120 Malabar Rd. SE** <br> **Attn: Gregg Lynk, City Mgr** <br> **Palm Bay, FL 32907** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **KJZ Sunrise LLC** | | | Case number *(if known)* | **8:16-bk-04069** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **October 22, 2014 Vacant Land Contract for acquisition of real property for $212,939.00, as amended** | |
|---|---|---|---|
| | State the term remaining | | **John D. Copanos and John S. Copanos 1 N. Ft. Lauderdale Bch Blvd Unit 1802 Fort Lauderdale, FL 33304** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **October 22, 2014 Vacant Land Contract for acquisition of real property for $8,781,776.00, as amended** | |
|---|---|---|---|
| | State the term remaining | | **Sebastian Resources 400 L.P. c/o John S. Copanos 5311 NW 35th Terrace Fort Lauderdale, FL 33309** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **KJZ Sunrise LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:16-bk-04069**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Zons Development, LLC** | **605 S. Fremont Ave., Suite B Tampa, FL 33606** | **John D. Copanos** | ☐ D ____ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **Zons Development, LLC** | **605 S. Fremont Ave., Suite B Tampa, FL 33606** | **Sebastian Resources 400 L.P.** | ☐ D ____ <br> ■ E/F __3.11__ <br> ☐ G ____ |
| 2.3 | **Zons Development, LLC** | **605 S. Fremont Ave., Suite B Tampa, FL 33606** | **Brevard Landvest LLC** | ☐ D ____ <br> ■ E/F __3.2__ <br> ☐ G ____ |
| 2.4 | **Brevard Landvest LLC** | **518 Cresswell Rd Baltimore, MD 21225** | **City of Palm Bay, FL** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.2__ |
| 2.5 | **Sebastian Resources 400 L.P.** | **c/o John S. Copanos 5311 NW 35th Terrace Fort Lauderdale, FL 33309** | **City of Palm Bay, FL** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G __2.3__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **KJZ Sunrise LLC** | | Case number *(if known)* | **8:16-bk-04069** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Zons Development, LLC** | **605 S. Fremont Ave., Suite B Tampa, FL 33606** | **Brevard Landvest LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.1__ |
| 2.7 | **Zons Development, LLC** | **605 S. Fremont Ave., Suite B Tampa, FL 33606** | **John D. Copanos** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.4__ |
| 2.8 | **Zons Development, LLC** | **605 S. Fremont Ave., Suite B Tampa, FL 33606** | **Sebastian Resources 400 L.P.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.5__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy